## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.              Case No.  08-CR-78-JFH

JACK JAMES,

     Defendant.

### OPINION AND ORDER

Before the Court is Defendant's Motion for Release on Bond Pending Resolution of Alleged Violation, filed pro se.  Dkt. No. 201.  The Court notes that the Motion does not include a statement as to whether or not opposing counsel objects to the motions and, further, does not include a signature by Defendant's counsel of record.

The Motion is drafted and signed by Defendant.  Defendant is represented by appointed counsel [Dkt. No. 184] who has not signed the Motion.  The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document.  *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008).  This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible filing signed by counsel.

IT IS THEREFORE ORDERED that Defendant's Motion [Dkt. No. 201] is DENIED WITHOUT PREJUDICE.  Any relief requested by Defendant shall be included in a properly filed motion signed by Defendant's counsel, and in compliance with the applicable procedural rules and local rules of this Court.

Dated this 21st day of July 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE